**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ORLANDO MALDONADO PEREZ, )
)
    Petitioner, )
)
v. )    Case No. CIV-26-428-D
)
MARKWAYNE MULLIN, et al., )
)
    Respondents. )

## <u>ORDER</u>

Petitioner Orlando Maldonado Perez filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 7].

On April 27, 2026, Judge Stephens issued a Report and Recommendation [Doc. No. 20], in which he recommends that the Court dismiss Petitioner's habeas petition as moot. Specifically, Judge Stephens concludes that Petitioner's recent release from custody and removal to Columbia render his habeas petition moot. *See, e.g., Sule v. I.N.S.*, 189 F.3d 478, 1999 WL 668716, at *1 (10th Cir. 1999) (unpublished table decision) (concluding an immigration detainee's release from immigration custody through deportation "mooted his challenge to the legality of his detention").

In his report, Judge Stephens notified Petitioner of his right to file an objection to the report on or before May 4, 2026, and that the failure to object waives Petitioner's right

1

to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 20] in its entirety.

For the reasons stated therein, Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED** as **MOOT**. A separate judgment shall be entered.

**IT IS FURTHER ORDERED** that Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction [Doc. No. 5] is **DENIED** as **MOOT**.

**IT IS SO ORDERED** this 5th day of May, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

2